JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Douglas Lee  Barkow ,

         Plaintiff,

      vs.

Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:26-cv-1489-WBS-JDP

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from  July 8, 2026 to August 7, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

1 Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

FOR SUMMARY JUDGMENT . All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of July 6, 2026 and July 13, 2026 Plaintiff's Counsel has fifteen merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 25, 2026          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff


Dated: June 25, 2026          ERIC GRANT
                              United States Attorney
                              MATHEW W. PILE
                              Head of Program Litigation 1
                              Law & Policy
                              Social Security Administration

                              By:  */s/ Margaret Branick-Abilla*
                                   Margaret Branick-Abilla
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant
                                   (*As authorized by email on June 25, 2026)

2

# [PROPOSED] ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:    June 29, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE